IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

WARREN BAHRINGER and
LISA BAHRINGER, Individually
and as husband and wife,

      Plaintiffs,

v.                                                                  No. 12cv1005 JCH/LAM

HARLEY-DAVIDSON, INC., and
HARLEY-DAVIDSON MOTOR
COMPANY, INC.,

      Defendants.

## ORDER SETTING TELEPHONIC MOTION HEARING

MATTER(S) TO BE HEARD:           Motion for Protective Order (Doc. 35)

DATE AND TIME OF HEARING:    Thursday, March 21, 2013 @ 9:30 a.m.

LOCATION:                                      U.S. Courthouse and Federal Building, 5th Floor,
                                                    100 N. Church, Las Cruces, NM, before
                                                    U.S. Magistrate Judge LOURDES A. MARTÍNEZ

      Judge Martínez shall be responsible for initiating and coordinating the call.  Please notify her secretary, Cathy Alvarez, by 11:00 am the day before the hearing if you will be at a telephone number other than the one listed in the court's file.

      IT IS SO ORDERED.

                                                                       _____
                                                                       LOURDES A. MARTÍNEZ
                                                                       UNITED STATES MAGISTRATE JUDGE