IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

WARREN BAHRINGER and
LISA BAHRINGER, Individually
and as husband and wife,

    Plaintiffs,

v.                                No. 12cv1005 JCH/LAM

HARLEY-DAVIDSON, INC., and
HARLEY-DAVIDSON MOTOR
COMPANY, INC.,

    Defendants.

## AMENDED ORDER SETTING TELEPHONIC MOTION HEARING

MATTER(S) TO BE HEARD:    Motion for Protective Order (Doc. 35) and Motion to Extend Deadlines (Doc. 37)

DATE AND TIME OF HEARING:    Thursday, March 21, 2013 @ 9:30 a.m.

LOCATION:    U.S. Courthouse and Federal Building,
4th Floor Picacho Courtroom,
100 N. Church, Las Cruces, NM, before
U.S. Magistrate Judge LOURDES A. MARTÍNEZ

**Counsel shall call Judge Martínez' conference line at 505-348-2694 at 9:30 a.m. to connect to the proceedings.**

IT IS SO ORDERED.

_____
LOURDES A. MARTÍNEZ
UNITED STATES MAGISTRATE JUDGE