**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

**WARREN BAHRINGER and**
**LISA BAHRINGER, Individually**
**and as husband and wife,**

      **Plaintiffs,**

v.                                  No. 12cv1005 JCH/LAM

**HARLEY-DAVIDSON, INC., and**
**HARLEY-DAVIDSON MOTOR**
**COMPANY, INC.,**

      **Defendant.**

## ORDER GRANTING MOTION TO EXTEND DEADLINES

**THIS MATTER** is before the Court on Plaintiffs' opposed *Motion to Extend Deadlines (Doc. 37)*, filed March 19, 2013.  The Court held a telephonic hearing on the motion on March 21, 2013, at which counsel for both parties were present.  *See* [*Doc. 39*].  Counsel for Defendant stated that he took no position on the portion of the motion dealing with the extension of the deadlines but did oppose any characterization in the motion that placed the blame for needing these extensions on Defendant.  Having considered the motion, the parties' statements at the telephonic motion hearing, and the record of the case, the Court **FINDS** that the motion shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that Plaintiffs' *Motion to Extend Deadlines (Doc. 37)* shall be **GRANTED** and that the following deadlines shall be extended by twenty (20) days as follows:

| | |
|---|---|
| **Defendant shall notify Plaintiffs of Defendant's issues regarding the testing protocol by:** | 5:00 p.m.  March 21, 2013 |
| **Plaintiffs shall notify Defendant of either their agreement to OR concerns with the revised testing protocol by:** | 12:00 p.m.  March 25, 2013 |
| **Parties shall agree on the protocol for the testing by:** | 12:00 p.m.  March 26, 2013 |

**\*\*The testing must be completed with enough time to meet Plaintiff's expert deadline of April 8, 2013\*\***

| | |
|---|---|
| **Plaintiffs shall identify experts and provide reports by:** | April 8, 2013 |
| **Defendant shall identify experts and provide reports by:** | May 9, 2013 |
| **Termination of Discovery:** | May 9, 2013 |
| **Plaintiffs shall depose Defendant's experts by:** | May 16-17, 2013 |
| **Motions relating to discovery shall be filed by:** | May 29, 2013 |
| **Deadline to file pretrial motions:** | June 18, 2013 |
| **Pretrial Order from Plaintiffs to Defendant by:** | September 9, 2013 |
| **Pretrial Order from Defendant to the Court by:** | September 23, 2013 |

*These deadlines shall not be extended again without approval of the Court upon a motion setting forth exceptional cause for extension.*  .

IT IS SO ORDERED.

_____
**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**